Daniel E. Williams, ISB No. 3920
Erika P. Judd, ISB No. 8241
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  dwilliams@idalaw.com
         ejudd@idalaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS RAY FLEMING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BOISE, a municipality and/or political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 1:22-cv-00519-CWD<br><br>**MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Defendant City of Boise, by and through its counsel of record, Jones Williams Fuhrman Gourley, P.A., pursuant to Fed.R.Civ.P. 26(c)(1), hereby moves the Court for entry of a Protective Order requiring that personnel records and other non-public documents and information be kept confidential and utilized solely for the purposes of this action.  A proposed form of Protective Order is attached hereto as Exhibit A and is also submitted to the Court in Word format pursuant to Section 12 of the District's Electronic Case Filing Procedures.

**MOTION FOR ENTRY OF PROTECTIVE ORDER - 1**

As the Court is aware, moving counsel have conferred in good faith with opposing counsel in an effort to resolve the dispute without Court action.

DATED this 16th day of February, 2023.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

*/s/ Daniel E. Williams*
Daniel E. Williams
Attorneys for Defendant

**MOTION FOR ENTRY OF PROTECTIVE ORDER - 2**