UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS RAY FLEMING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOISE a municipality and/or political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 1:22-cv-00519-BLW-CWD<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of Defendant and that this case be DISMISSED IN ITS ENTIRETY.

DATED: November 4, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1