# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** IDAHO

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:22-cv-00519-BLW-CWD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/20/2022

Date of judgment or order you are appealing: 11/04/2024

Docket entry number of judgment or order you are appealing: DKT. 51; 52

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

THOMAS RAY FLEMING (Plaintiff)

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

Not Applicable

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable): Not applicable

**Signature** /s/ J. Grady Hepworth        **Date** 11/18/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                                  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| THOMAS RAY FLEMING |

Name(s) of counsel (if any):
| Jeffrey J. Hepworth and J. Grady Hepworth (HEPWORTH LAW OFFICES) |

Address: 2229 W. State Street, PO BOX 2815, Boise, ID 83701-2815
Telephone number(s): 208-333-0702
Email(s): courtservice@idalawyer.com; ghepworth@idalawyer.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| CITY OF BOISE |

Name(s) of counsel (if any):
| Erika R. Judd; Daniel E. Williams (Jones Williams Fuhrman Gourley, P.A.) |

Address: 225 North 9th Street, Ste. 820, Boise, ID 83701
Telephone number(s): 208-331-1170
Email(s): ejudd@idalaw.com; dwilliams@idalaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*