Daniel E. Williams, ISB No. 3920
Erika P. Judd, ISB No. 8241
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  dwilliams@idalaw.com
        ejudd@idalaw.com

Attorney for Defendant City of Boise

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS RAY FLEMING, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BOISE, a municipality and/or political subdivision of the State of Idaho,<br><br>    Defendant. | Case No. 1:22-cv-00519-BLW-CWD<br><br>REPLY IN SUPPORT OF DEFENDANT CITY OF BOISE'S VERIFIED BILL OF COSTS |

      Judgment having been entered in the above-entitled action on against Plaintiff, Thomas Ray Fleming, on November 4, 2025, and pursuant to Rule 54, Fed. R. Civ. Pro., the City timely filed its verified Bill of Costs on November 18, 2025 (Dkt 53).  Plaintiff has filed his Objection to the Bill of Costs (Dkt 54) on the ground that the City did not meet and confer prior to filing its Bill of Costs in accordance with District Local Rule Civil Procedure 54.1(a).

      The City's Bill of Costs was submitted in compliance with Rule 54, Fed. R. Civ. Pro. The initial failure to meet and confer was inadvertent and resulted in no prejudice to Plaintiff. The costs claimed by the City were strictly in compliance with Rule 54 and did not include

**REPLY IN SUPPORT OF DEFENDANT CITY OF BOISE'S VERIFIED BILL OF COSTS - 1**

discretionary costs. Rather, the City sought only: 1) the initial fee paid to the Federal District Court to remove the case; and 2) deposition transcript costs. Together with the Bill of Costs, the City provided copies of each claimed invoice and specifically excluded the cost of a "rough" transcript for Plaintiff's deposition. The City incurred costs, including expert witness fees, far in excess of the costs claimed as a matter of right. The City did not include those costs in its Bill of Costs.

The City has now made an effort to meet and confer with Plaintiff's Counsel with no response from Plaintiff's counsel. Any defect in the City's initial Bill of Costs has been cured and the City respectfully submits that good cause exists to consider and to grant the City's Bill of Costs in its entirety.

DATED 3rd day of December 2024.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

*/s/ Erika P. Judd*
Erika P. Judd
Attorneys for Defendant

**REPLY IN SUPPORT OF DEFENDANT CITY OF BOISE'S VERIFIED BILL OF COSTS - 2**

## VERIFICATION

I declare under penalty of perjury of the laws of the State of Idaho, that I am one of the attorneys of record for Defendant City of Boise, and that the facts set forth in the foregoing instrument are true, accurate and complete to the best of my knowledge and belief.

DATED This 3rd day of December 2024.

By: */s/ Erika P. Judd*

Erika P. Judd

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 3rd day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jeffrey J. Hepworth<br>HEPWORTH LAW OFFICES<br>2229 W. State Street<br>Boise, ID 83701-2815<br>  *Attorneys for Plaintiff*<br>courtservice@idalawyer.com | J. Grady Hepworth<br>HEPWORTH LAW OFFICES<br>2229 W. State Street<br>Boise, ID 83701-2815<br>  *Attorneys for Plaintiff*<br>courtservice@idalawyer.com |

                        */s/ Erika P. Judd*
                          Erika P. Judd